IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEEL DEMITRIUS WILLIAMS,

    Petitioner,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D16-0709

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed March 3, 2016.

Amended Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Leel Demitrius Williams, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The amended petition alleging ineffective assistance of appellate counsel is denied on the merits.

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.